NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SANOFI-AVENTIS DEUTSCHLAND GMBH,**
*Plaintiff-Appellee,*

v.

**GENENTECH, INC.,**
*Defendant-Appellant,*

AND

**BIOGEN IDEC INC.,**
*Defendant.*

---

2012-1454

---

Appeal from the United States District Court for the Northern District of California in consolidated case nos. 08-CV-4909 and 09-CV-4919, Judge Susan Illston.

---

**ON MOTION**

---

## ORDER

Genentech, Inc. moves to expedite the briefing schedule and oral argument. Genentech states that the appellee opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted, as follows: The appellee's brief is due July 23, 2012. Genentech's reply brief and the joint appendix are due July 30, 2012. Oral argument will be scheduled by subsequent order of the court.

FOR THE COURT

__JUL 0 2 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles K. Verhoeven, Esq.
William E. Solander, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 2 2012

JAN HORBALY
CLERK